JOSEPH T. McCADDON, Appellant, *v.* CENTRAL TRUST COMPANY OF NEW YORK, Respondent, Impleaded with Another.

*Bonds — permanent corporate bonds delivered to trustee for exchange for specified temporary bonds — action by holder of non-specified temporary bond to compel delivery of permanent bond in exchange therefor.*

*McCaddon* v. *Central Trust Co. of N. Y.,* 182 App. Div. 846; affirmed. (Argued May 5, 1920; decided June 8, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1918, affirming a judgment entered upon a decision of the court on trial at Special Term. The Mexican National Packing Company executed to defendant trust company its corporate mortgage and issued temporary bonds, 1 for $100,000 and 2,900 for $1,000 each. Thereafter the mortgagor sent the trustee 2,900 permanent bonds each for $1,000, with instructions to authenticate the same and exchange them for the 2,900 $1,000 bonds outstanding. The said permanent bonds were indorsed with a guaranty of payment of principal and interest by the government of Mexico. The plaintiff, holder of the $100,000 bond for which no permanent bond was sent, sought by this action to compel defendant to deliver to him an equal amount of the permanent bonds in its possession in exchange for his and to restrain delivery of said permanent bonds in exchange for the 2,900 specified. The judgment of the Special Term ordered the packing company to execute 100 engraved definitive bonds for $1,000 each, as provided by the mortgage, and to deliver the same to the trust company for certification and delivery to the plaintiff in exchange for his temporary bond, but failed to direct delivery of any of the guaranteed bonds to the plaintiff.

*William P. Maloney* for appellant.

*John M. Perry* and *Francis C. Nickerson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.